Monte J. White & Associates, P.C.
Monte J. White, State Bar No. 00785232
1106 Brook Ave
Wichita Falls TX  76301
(940)-723-0099
(940)-723-0096 Fax


## IN THE UNITED STATE BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.13-70173-HDH-7 |
| | § | |
| David Glen Hughes | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

### MOTION FOR ATTORNEY-IN FACT TO APPEAR ON BEHALF OF DEBTOR

NOW COMES, David Glen Hughes, in the above-styled and numbered cause, and files this Motion for Attorney-in-Fact to Appear on behalf of Debtor, and in support thereof would respectfully show unto the Court as follows:

1. Debtor filed a Chapter 7 Bankruptcy on May 9, 2013 with Monte J. White as his attorney of record.

2. Debtor respectfully requests that Charlotte Renee Hughes, his daughter who has Power of Attorney, to testify on his behalf due to he passing away on May 10, 2013. Said Power of Attorney is attached as Exhibit "A".

3. Debtor believes this Motion for Attorney-in-Fact to testify is necessary and in his best interest.

4. This motion is not sought for delay.

WHEREFORE, Debtor, David Glen Hughes, prays the Motion for Attorney-in-Fact to Appear on Behalf of Debtor be granted and Charlotte Renee Hughes be allowed to testify on behalf of her father, the Debtor, at his 341 Meeting of Creditors scheduled for June 5, 2013 and in any future proceeding in regards to this bankruptcy and for such other and further relief to which said Debtor may be entitled, either at law or in equity.

Respectfully submitted,

/s/Monte J. White, SBN 00785232

## CERTIFICATE OF CONFERENCE

On May 17, 2013, the Office of Monte J. White & Associates, PC, contacted Shawn K. Brown, Chapter 7 Trustee and was advised he does not oppose the Motion for Attorney-in Fact to appear on behalf of the Debtor.

 /s/Monte J. White, Attorney for Debtor

## CERTIFICATE OF SERVICE

I, Monte J. White, do hereby certify that I served a true and correct copy of the foregoing Motion tot he parties listed on the attached mailing matrix by ECF and/or regular mail on May 21, 2013.

/s/Monte J. White, Attorney for Debtor

Label Matrix for local noticing
0539-7
Case 13-70173-hdh7
Northern District of Texas
Wichita Falls
Tue May 21 12:06:35 CDT 2013

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

Allen L. Adkins & Associates, P.C.
Attorneys At Law
4010 82nd Street, Suite 230
P.O. Box 3340
Lubbock, Texas 79452-3340

Cach Llc/Square Two Financial
Attention: Bankruptcy
4340 South Monaco St.  2nd Floor
Denver, CO 80237-3408

Citibank
701 E 60th St
Sioux Falls, SD 57104-0493

City of WF, WFISD, Wichita Co
c/o Harold Lerew
P.O. Box 8188
Wichita Falls, Texas 76307-8188

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Gregory A. Ross
Law Office of Gregory A. Ross, P.C.
4245 Kemp Blvd., Suite 308
Wichita Falls TX 76308-2822

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sears/Citibank
Po Box 6282
Sioux Falls, SD 57117-6282

Shell/Citibank
6400 Los Colinas Blvd
Irving, TX 75039-2900

Swiss Colony
1112 7th Ave
Monroe, WI 53566-1364

Union Square
1401 Holliday St.
Wichita Falls, TX 76301-7108

United Regional
Attn: Billing Dept.
1600 11th Street
Wichita Falls, TX 76301-4388

WICHITA FALLS CITY, ISD & WICHITA CO
C/O PERDUE BRANDON FIELDER COLLINS & MOT
PO BOX 8188
WICHITA FALLS TX 76307-8188

David Glen Hughes
2905 Pennsylvania Rd
Wichita Falls, TX 76309-5029

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Hamilton Place
Wichita Falls, TX 76301-5009

Shawn K. Brown
Chapter 7 Trustee
PO Box 93749
Southlake, TX 76092-0117

UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246

Portfolio Recovery
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20