U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

United States Bankruptcy Judge

**Signed May 22, 2013**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 13-70173-HDH-7 |
| | § | |
| David Glen Hughes | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | |

### ORDER APPROVING MOTION FOR ATTORNEY-IN-FACT
### TO APPEAR ON BEHALF OF DEBTOR

Upon on the Motion of the Debtor, David Glen Hughes, in the above case, for his daughter, Charlotte Renee Hughes, POA, to testify on his behalf at the 341 Meeting of Creditors, scheduled for June 5, 2013 and in any future proceedings regarding this bankruptcy, it is GRANTED.

ORDERED that Charlotte Renee Hughes, Debtor's Attorney-In-Fact, be allowed to testify on behalf of her father, the Debtor, in Bankruptcy Case No. 13-70173-HDH-7

# # # END OF ORDER # # #

PREPARED BY:
/s/Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Ave.
Wichita Falls, TX 76301
(940)723-0099
legal@montejwhite.com